IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

    vs.                              CASE NO. 97CR00009-05 (CCC)

**YOUANNY HERNANDEZ-SEVERINO**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

    Upon a petition of Miriam Figueroa, U.S. Probation Officer of this Court, alleging that probationer, YOUANNY HERNANDEZ-SEVERINO, has failed to comply with the conditions of his supervised release term.

    It is ORDERED that releasee appear before this Court on _____ 2008, at _____, for a hearing to show cause, if there be any, why his supervised release term on the above-entitled case should not be revoked; thereupon he to be dealt with pursuant to law.

    At this hearing, supervised relaesee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him
4. To be represented by counsel.

    The Clerk shall issue the corresponding warrant, to be lodged as a detainer, for the arrest of the supervised releasee, Youanny Hernández-Severino, and notify counsel for supervised releasee and for the government with copy of this Order.

    IT IS SO ORDERED

    In San Juan, Puerto Rico, this _____ day of June 2008.

                                                    _____
                                                    **CARMEN CONSUELO CEREZO**
                                                    **U.S. DISTRICT JUDGE**