IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | ' |
| Plaintiff | ' |
| vs | '    CRIMINAL 97-0009CCC |
| 3) YOUANNY HERNANDEZ-SEVERINO | ' |
| Defendant | ' |

**O R D E R**

The Motion for Show Cause Hearing and Request for a Warrant of Arrest to be Lodged as a Detainer filed on June 12, 2008 by the U.S. Probation Officer (docket entry 101) is referred to the U.S. Magistrate Judge for preliminary hearing on probable cause to order revocation of supervised release term and for report and recommendation.

The Clerk of Court to issue the corresponding warrant of arrest forthwith to releasee Youanny Hernández-Severino and notify counsel for releasee and for the government with copy of this Order. The releasee to be brought before the U.S. Magistrate Judge upon being arrested.

SO ORDERED.

At San Juan, Puerto Rico, on June 23, 2008.

S/CARMEN CONSUELO CEREZO
United States District Judge